☞ **ORIGINAL**

Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :    NOTICE OF INTENT
        v.                          :    TO FILE AN INFORMATION
                                    :
EDWARD BALDINI,                     :    07 Cr.
                                    :
                Defendant.          :    **07 CRIM. 286**
                                    :
------------------------------------x

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        April 9, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                        By:   _____
                              David A. O'Neil
                              Assistant United States Attorney


                        AGREED AND CONSENTED TO:

                        By:   _____
                              Fiona Doherty, Esq.
                              Attorney for Edward Baldini


```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/07
```

4/9/07  WHEEL A