```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :   INFORMATION
            -v.-                    :
                                    :   07 Cr.
EDWARD BALDINI,                     :
            Defendant.              :
------------------------------------X
```

07 CRIM. 286

### COUNT ONE

The United States Attorney charges:

From in or about April 2000, up to and including in or about December 2000, in the Southern District of New York and elsewhere, EDWARD BALDINI, the defendant, unlawfully, willfully, and knowingly, did take and carry away, with intent to steal and purloin, property and money exceeding $1000 belonging to, and in the care, custody, control, management, and possession of a bank, credit union, and savings and loan association, to wit, BALDINI, a bank cashier, fraudulently obtained and cashed checks payable to his employer and used the funds for the benefit of himself and others.

(Title 18, United States Code, Section 2113(b).)

_____
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 11 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

EDWARD BALDINI,

Defendant.

**INFORMATION**

07 Cr.

(18 U.S.C. § 2113(b))

MICHAEL J. GARCIA
United States Attorney.

---

4/11/07 - Deft. present w/ attorney Fiona Doherty, AUSA David A. O'Neil, Court Reporter Joe Quinones, present. Deft. fld a Waiver of Indictment/Information; a Consent to proceed before a United States Magistrate Judge on a Felony Plea Allocution and withdraws plea of not guilty and enters a plea of guilty to Count 1. PSI Ordered. Control date for sentencing is set for 7/18/07 at 9:30 a.m. Deft released ROR. The Court recommends that Judge Hellerstein accept the guilty plea.

S/ Eaton, J. U.S.M.J.

NL