UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

EDWARD BALDINI,

        Defendant.

- - - - - - - - - - - - - - - - x

**WAIVER OF INDICTMENT**

07 Cr. ___ (AKH)

**07 CRIM. 286**

    The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2113(b), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
EDWARD BALDINI

_____
Fiona Doherty, Esq.
Attorney for EDWARD BALDINI

Witness: _____

Date:    New York, New York
        April 11, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
APR 11 2007