AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

## APPEARANCE

Case Number: 07 Cr. 286 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Edward Baldini, Defendant.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/18/2007 | *Fiona Doherty* |
| Date | Signature |
| | Fiona Doherty |
| | Print Name / Bar Number |
| | Federal Defenders of New York, 52 Duane Street, 10th Fl. |
| | Address |
| | New York / New York / 10007 |
| | City / State / Zip Code |
| | (212) 417-8734 / (212) 571-0392 |
| | Phone Number / Fax Number |