USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
United States of America,

     -against-

Edward Baldini ,

     Defendant.
-----------------------------------------------------------

**ORDER ACCEPTING THE**
**PLEA ALLOCUTION BEFORE**
**A U.S. MAGISTRATE JUDGE**

07 Cr. 286 (AKH) (DFE)

ALVIN K. HELLERSTEIN, U.S.D.J.:

  WHEREAS with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Douglas F. Eaton on April 12, 2007;

  WHEREAS a transcript of the allocution was made; and

  WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

  IT IS THEREFORE ORDERED THAT the defendant's guilty plea is accepted.

  SO ORDERED

Dated: New York, New York
    July 20, 2007

                _____
                ALVIN K. HELLERSTEIN
                United States District Judge