# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*



*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

May 21, 2008

**BY HAND**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/08
```

    Re:    **United States v. Edward Baldini**
            **07 Cr. 286 (AKH)**

Dear Judge Hellerstein:

    I write on behalf of my client, Edward Baldini, to respectfully request that Your Honor briefly adjourn the surrender date in his case until August 25, 2008 to allow him to attend a family event in Florida. On August 14, 2007, Your Honor sentenced Mr. Baldini to three months in prison, followed by three years of supervised release (the first year to be served in home detention), restitution of $103,230, and a $100 special assessment. In imposing this sentence, the Court ordered Mr. Baldini to surrender to the Bureau of Prisons in one year's time so that he could save enough money to cover three months rent before serving his prison sentence.

    Mr. Baldini is currently scheduled to report to the Metropolitan Detention Center in Brooklyn by 2 P.M. on August 5, 2008. We are requesting a brief adjournment of his surrender date, because his daughter recently became engaged and is having an engagement party in Tampa, Florida on August 16, 2008. Mr. Baldini would like to be able to attend this family party, and if so permitted, would fly to Tampa on August 14, 2008 and return to New York on August 21, 2008. Mr. Baldini's son is turning 21 on August 14, 2008, so the family would also celebrate his birthday together in Tampa. Although Mr. Baldini would return on Thursday, August 21, 2008, I am asking that he be allowed to surrender on Monday, August 25, in case

Honorable Alvin K. Hellerstein  
United States District Judge  
Southern District of New York

May 21, 2008  
Page 2

    **Re:**   **United States v. Edward Baldini**  
          **07 Cr. 286 (AKH)**

there are any problems with his flight back. Earlier today, I conferred with Assistant United States Attorney David O'Neil, who informed me that the Government has no objection to this request.

                                                          Respectfully submitted,

                                                          *Fiona Doherty*

                                                          Fiona Doherty  
                                                          Attorney for **Edward Baldini**  
                                                          212-417-8734

**SO ORDERED:**

*/s/ Alvin K. Hellerstein*  
**HONORABLE ALVIN K. HELLERSTEIN**  
**UNITED STATES DISTRICT JUDGE**  
5/22/08

cc:    Mr. David O'Neil, Esq.  
        Assistant United States Attorney (by fax)